## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

TIESHA MOORE-SMITH                      *
                                        *
                    PLAINTIFF           *
V.                                      *
                                        *     CASE NO.  4:21CV00077 SWW
                                        *
                                        *
STATE FORM MUTUAL                       *
AUTOMOBILE INSURANCE                    *
COMPANY                                 *
                    DEFENDANT           *
                                        *


## <u>ORDER OF DISMISSAL</u>

Before the Court is the parties' joint motion to dismiss (*Doc. 10*), reporting that this case has settled.

IT IS THEREFORE ordered that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 23rd day of December, 2021.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE